IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>ANTHONY ANTONIO COX,<br><br>   Defendant. | CRIMINAL CASE NO.<br>3:10-CR-00008-JTC |

## O R D E R

This matter is currently before the Court on the Magistrate Judge's Order on Defendant's consent motion requesting a psychiatric examination pursuant to 18 U.S.C. § 4241 [Doc. 14] and the Magistrate Judge's Report and Recommendation regarding Defendant's competency to stand trial [Doc. 28]. The Magistrate Judge recommends that Defendant be found competent to stand trial.

Neither party filed objections to the Magistrate Judge's Report and Recommendation.  Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Local Criminal Rule 59(2), the Court has reviewed it for clear error.

The Court finds no clear error.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 28] as the opinion of the Court and finds Defendant competent to stand trial.

**SO ORDERED**, this 25th day of August, 2010.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE