IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:10-CR-008-MEF-CCH |
| ANTHONY ANTONIO COX | ) | |

## **ORDER**

On January 3, 2011, the Magistrate Judge filed a Report and Recommendation (Doc. 48) recommending that the Defendant's Motion to Dismiss the Indictment be denied.  The Defendant filed timely objections to that Report and Recommendation on January 14, 2011 (Doc. # 45).  Upon an independent review of the file in this action, it is hereby

ORDERED and ADJUDGED that the Report and Recommendation of the Magistrate Judge be ADOPTED.  The Defendant's Objections to said Report and Recommendation are OVERRULED.  The Defendant's Motion to Dismiss the Indictment (Doc. # 45) is DENIED.

Done this the 19th day of January, 2011.

           /s/ Mark E. Fuller
    UNITED STATES DISTRICT JUDGE